CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 14 2014

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JEFFREY GARDNER,** | ) | **CASE NO. 7:13CV00429** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **T. MOULD, et al.,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that defendants' motion to dismiss (ECF No. 19) is **GRANTED**, and the action is stricken from

the active docket of the Court.

**ENTER:** This _14th_ day of July, 2014.

_____
Chief United States District Judge